UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00003-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARTIN EDUARDO AMARILLAS-LOPEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, February 9, 2009,** and responses to these motions shall be filed by **Monday, February 23, 2009.** It is

    FURTHER ORDERED that a three-day jury trial is set for **Monday, March 9, 2009, at 9:00 a.m. in courtroom A-1002.** If the parties believe that a hearing on pending motions or a final trial preparation conference needs to be scheduled, they shall notify the Court and request a date for such hearing.

    Dated: January 21, 2009.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge